UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TODD LESLIE KROEBER,

    Petitioner,

v.                                     Case No: 6:13-cr-212-Orl-28GJK

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This cause is before the Court on Petitioner's Motion to File Document Under Seal ("Motion," Doc. 97). Upon consideration, it is **ORDERED** that, within ten (10) days from the date of this Order, the Government shall file a response to the Motion.

**DONE and ORDERED** in Orlando, Florida on February 1st, 2016.

                                                        JOHN ANTOON II
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
OrlP-2 2/1